Received
~~FILED~~

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 3:04CV625-V

CHARLOTTE, N. C.

AUG 26 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

| WELLMAN, INC., | |
|---|---|
| Plaintiff | |
| vs. | **CONSENT ORDER** |
| NORFOLK SOUTHERN RAILWAY COMPANY | |
| Defendant | |

It is hereby STIPULATED and AGREED, by and among the undersigned counsel, on behalf of plaintiff Wellman, Inc. and defendant Norfolk Southern Railway Company, that the deadline for mediation is be extended from August 31, 2005 to September 30, 2005.

_____
David H. Conaway, Esquire
Matthew J. Ginsburg, Esquire
SHUMAKER, LOOP & KENDRICK, LLP
128 South Tryon Street, Suite 1800
Charlotte, North Carolina 28202
Tel: (704) 375-0057
Fax: (704) 332-1197

Attorneys for Plaintiff
Wellman, Inc.

Dated: 7/26/05

_____
Paul D. Keenan, Esquire *(pro hac vice)*
Chad D. Mountain, Esquire *(pro hac vice)*
JANSSEN & KEENAN P.C.
One Commerce Square
2005 Market Street, Suite 2050
Philadelphia, PA 19103
Tel.: (215) 665-8888
Fax: (215) 665-8887

and

Paul C. Lawrence, Esquire
NC Bar No. 20463
Hedrick Eatman, Gardner & Kincheloe, LLP
6000 Fairview Road, Suite 1000
P.O. Box 30397
Charlotte, NC 28230
Tel.: (704) 366-1101
Fax: (704) 366-6181

Attorneys for Defendant
Norfolk Southern Railway Company

Dated: 7/27/05

IT IS SO ORDERED, THIS THE 2nd DAY OF SEPTEMBER, 2005.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE